IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEPHEN MALLET,

    Petitioner,

v.                                  Case No.  4:20cv294-MW/HTC

MARK S. INCH,

    Respondent.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 6.   Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition, ECF No. 1, is **DISMISSED** under Habeas Rule 4. A Certificate of Appealability is **DENIED**."  The Clerk shall also close the file.

**SO ORDERED** on July 22, 2020.

                                                **s/ MARK E. WALKER**
                                                **Chief United States District Judge**